Joseph J. Tabacco, Jr. (SBN 75484)
*jtabacco@bermandevalerio.com*
Nicole Lavallee (SBN 165755)
*nlavallee@bermandevalerio.com*
Christopher T. Heffelfinger (SBN 118058)
*cheffelfinger@bermandevalerio.com*
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Plaintiff State Treasurer Of The State Of Michigan, As Custodian of The Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System And Michigan Judges' Retirement System*

NOTE CHANGES MADE BY THE COURT.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN,<br>Plaintiff,<br>v.<br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br>Defendants. | **CASE NO. CV-11-00809-MRP (MANx)**<br><br>~~**[PROPOSED]**~~ Approved **ORDER REGARDING STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

NOTE CHANGES MADE BY THE COURT.

Based upon the parties' Stipulation, dated February 8, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendants shall answer, move against or otherwise respond to the Complaint on or before April 11, 2011;

Plaintiff shall file and serve any opposition to any Motion to Dismiss on or before ~~June 10,~~ May 16, 2011;

Any reply papers filed in support of any Motion to Dismiss filed by Defendants shall be filed and served by Defendants on or before ~~July 25,~~ June 21 2011.

SO ORDERED.

Dated: February 9, 2011

Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE

NOTE CHANGES MADE BY THE COURT.