Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067
Telephone: 310-788-5177
Facsimile: 310-286-0992

Brian E. Pastuszenski
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro
*ashapiro@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendants*
*Countrywide Financial Corporation*
*and Countrywide Securities Corporation*

Goodwin Procter LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM, MICHIGAN STATE POLICE RETIREMENT SYSTEM AND MICHIGAN JUDGES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>Vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.<br><br>Defendants. | **CASE NO. CV-11-00809-MRP (MANx)**<br><br>**ORDER ALLOWING DEFENDANTS TO FILE MOTIONS TO DISMISS IN EXCESS OF 25 PAGES AND PLAINTIFF TO FILE A SINGLE OMNIBUS OPPOSITION**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Goodwin Procter LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067

Based upon the Parties' Stipulation to Extend Page Limits for Defendants' Motions to Dismiss and for Plaintiff to File a Single Omnibus Opposition, dated March 31, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. The Countrywide Defendants shall file one consolidated memorandum in support of their motion to dismiss the Complaint not to exceed 55 pages.
2. Defendant KPMG shall file an individual memorandum in support of its motion to dismiss the Complaint not to exceed 30 pages.
3. Defendants Mozilo, Sambol, Sieracki, and Kurland shall each file a memorandum in support of his motion to dismiss the Complaint not to exceed 25 pages.
4. Defendants Brown and Dougherty shall collectively file one consolidated memorandum in support of their motion to dismiss the Complaint not to exceed 25 pages.
5. Defendants Cisneros, Cunningham, Donato, Enis, Heller, King, Melone, Parry, Robertson, Russell, and Snyder shall collectively file one consolidated memorandum in support of their motion to dismiss the Complaint not to exceed 25 pages.
6. The Underwriter Defendants shall collectively file one consolidated memorandum in support of their motion to dismiss the Complaint not to exceed 25 pages.
7. The Plaintiff may file a single omnibus memorandum in opposition to all Defendants' motions to dismiss the Complaint not to exceed 120 pages in lieu of separate opposition memoranda in response to each defendant memorandum.

Goodwin Procter LLP
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067

IT IS SO ORDERED

Dated: April 04, 2011

HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE