Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
10250 Constellation Blvd., 21st Floor
Los Angeles, California 90067
Telephone: 310-788-5177
Facsimile: 310-286-0992

Brian E. Pastuszenski
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro
*ashapiro@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendants*
*Countrywide Financial Corporation*
*and Countrywide Securities Corporation*



**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM, MICHIGAN STATE POLICE RETIREMENT SYSTEM AND MICHIGAN JUDGES' RETIREMENT SYSTEM,

Plaintiff,

Vs.

COUNTRYWIDE FINANCIAL CORPORATION, et al.

Defendants.

**CASE NO. CV-11-00809-MRP (MANx)**

**ORDER ADJUSTING BRIEFING SCHEDULE BY ONE WEEK**

Courtroom: 12
Judge: Mariana R. Pfaelzer

Goodwin Procter LLP
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017

Based upon the Parties' Stipulation to Adjust Briefing Schedule By One Week, dated April 4, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. The remaining Defendants shall have one additional week to file their Motions to Dismiss the Complaint. Such motions shall be filed on or before April 18, 2011.
2. The Plaintiff shall file shall file any Oppositions to Defendants' Motions to Dismiss the Complaint on or before May 23, 2011.
3. The remaining Defendants shall file any Replies in Support of Their Motions to Dismiss the Complaint on or before June 28, 2011.

IT IS SO ORDERED

Dated: April 05, 2011

Mariana R. Pfaelzer

HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE