Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Nicole Lavallee (SBN 165755)
nlavallee@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Plaintiff State Treasurer of the State of Michigan, as Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System and Michigan Judges' Retirement System*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | CASE NO.: CV-11-00809-MRP (MANx)<br><br>**ORDER REGARDING VOLUNTARY DISMISSAL OF COUNT II AGAINST DEFENDANT BANC OF AMERICA SECURITIES LLC**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Based upon the parties' Stipulation, dated April 8, 2011, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The following Count is voluntarily dismissed with prejudice as against the following defendant on the terms and conditions set forth below:

2. Count II brought pursuant to Section 12(a)(2) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77l, against defendant Banc of America Securities LLC ("Banc of America") is voluntarily dismissed with prejudice, with plaintiff and Banc of America each to bear its own costs related to such dismissed Count pursuant to Federal Rule of Civil Procedure 41(a)(1) ("Rule 41");

3. No plaintiff shall seek reimbursement from any defendant and no defendant shall seek reimbursement from plaintiff of any fees, costs, or expenses in connection with the dismissal of Count II against defendant Banc of America in this action;

4. This Stipulation of voluntary dismissal does not constitute or imply any admission or confession by any party regarding the basis for the allegations or the merits of any claim or defense. No party or their counsel shall make, issue or cause to be made any public statement inconsistent with this paragraph of the Stipulation;

5. This Stipulation has no bearing on the pendency or prosecution of any other claim asserted against defendant Banc of America or any claim asserted against any other defendant in this action;

6. This Stipulation has no bearing on the pendency or prosecution of any related case; and

///

///

7. This Stipulation reflects the entire terms for the dismissal of Count II against defendant Banc of America.

SO ORDERED.

Dated: April 12, 2011

MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE