Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Nicole Lavallee (SBN 165755)
nlavallee@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Plaintiff State Treasurer of the State of Michigan, as Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System and Michigan Judges' Retirement System*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | CASE NO.: CV-11-00809-MRP (MANx)<br><br>**ORDER REGARDING VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Based upon the parties' Stipulation, dated April 8, 2011, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendants Commerz Markets, LLC (erroneously named as Commerzbank AG) ("Commerz Markets"), Morgan Stanley & Co. Incorporated ("Morgan Stanley"), Citigroup Global Markets Inc. ("Citigroup"), BNY Mellon Capital Markets, LLC ("BNY Mellon"), UBS Securities LLC ("UBS") and Gwendolyn Stewart King ("King") shall be voluntarily dismissed with prejudice, under the following terms and conditions:

1. Defendants Commerz Markets, Morgan Stanley, Citigroup, BNY Mellon, UBS and King shall be voluntarily dismissed with prejudice, with plaintiff and these defendants each to bear its own costs related to the dismissed claims pursuant to Federal Rule of Civil Procedure 41(a)(1) ("Rule 41");

2. Plaintiff will not pursue claims for damages or any other remedy against any defendant arising from bonds purchased by plaintiff with the following CUSIPs: 22238HAW0, 22238HAC4, 22238HBD1, 22238HEL0, 22238HVC0;

3. No plaintiff shall seek reimbursement from any defendant and no defendant shall seek reimbursement from plaintiff of any fees, costs, or expenses in connection with the claims asserted against Commerz Markets, Morgan Stanley, Citigroup, BNY Mellon, UBS and King or the dismissal of the defendants Commerz Markets, Morgan Stanley, Citigroup, BNY Mellon, UBS and King in this action;

4. This Stipulation of voluntary dismissal does not constitute or imply any admission or confession by any party regarding the basis for the allegations or the merits of any claim or defense. No party or their counsel shall make, issue or cause to be made any public statement inconsistent with this paragraph of the Stipulation;

5. This Stipulation has no bearing on the pendency or prosecution of any claim asserted against any other defendant in this action, except as set forth herein;

6. This Stipulation has no bearing on the pendency or prosecution of any related case;

7. This Stipulation reflects the entire terms for the dismissal of the defendants Commerz Markets, Morgan Stanley, Citigroup, BNY Mellon, UBS and King.

SO ORDERED.

Dated: April 12, 2011

MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE