Joseph J. Tabacco (SBN 75484)
jtabacco@bermandevalerio.com
BERMAN DEVALERIO
One California Street, Suite 900, San Francisco, CA 94111
Telephone: (415) 433-3200; Facsimile: (415) 433-6382
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN<br><br>Plaintiff(s),<br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER<br>CV-11-00809-MRP (MANx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Stanford L. Kurland (without prejudice)

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff State Treasurer of the State of Michigan.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

April 13, 2011
*Date*

/s/ Joseph J. Tabacco
*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***