Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street
41st floor
Los Angeles, CA 90017-5704
Phone: 213-426-2500
Fax: 213-623-1673

Brian E. Pastuszenski
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro
*ashapiro@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendants Countrywide Financial Corporation and Countrywide Securities Corporation*

**Goodwin Procter LLP**
**601 S. Figueroa St., 41st Floor**
**Los Angeles, California 90017**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM, MICHIGAN STATE POLICE RETIREMENT SYSTEM AND MICHIGAN JUDGES' RETIREMENT SYSTEM,

Plaintiff,

Vs.

COUNTRYWIDE FINANCIAL CORPORATION, et al.

Defendants.

**CASE NO. CV-11-00809-MRP (MANx)**

**ORDER ADJUSTING BRIEFING SCHEDULE**

Courtroom: 12
Judge: Mariana R. Pfaelzer

Goodwin Procter LLP
601 S. Figueroa St., 41st Floor
Los Angeles, California 90017

Based upon the Parties' Stipulation Regarding Briefing Schedule, dated April 18, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

1. Plaintiff shall file its Amended Complaint on or before April 22, 2011.
2. The Defendants shall file their Motions to Dismiss the Amended Complaint on or before May 6, 2011.
3. The Plaintiff shall file shall file any Oppositions to Defendants' Motions to Dismiss the Amended Complaint on or before June 10, 2011.
4. The Defendants shall file any Replies in Support of Their Motions to Dismiss the Complaint on or before July 15, 2011.

IT IS SO ORDERED

Dated: April 20, 2011

Mariana R. Pfaelzer

HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Arianne Waldron, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa Street, 42nd Floor, Los Angeles, California, 90017.

On April 21, 2011, I served the following document by placing a true copy thereof in a sealed envelope(s) on the persons listed on the service list below:

**[PROPOSED] ORDER ADJUSTING BRIEFING SCHEDULE**

☑ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on April 21, 2011, at Los Angeles, California.

Arianne Waldron
(Type or print name)

(Signature)

**SERVICE LIST**

**STATE TREASURER OF THE STATE OF MICHIGAN v. COUNTRYWIDE FINANCIAL CORPORATION, et al**

**CASE NO. CV-11-00809-MRP (MANX)**

| | |
|---|---|
| David Siegel<br>Daniel Lefler<br>Charles Elder<br>Jacob Kreutzer<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067 | *Attorneys for Defendant:*<br>**Angelo R. Mozilo**<br><br>Tel: 310-277-1010<br>Fax: 310-203-7199<br>dsiegel@irell.com<br>dlefler@irell.com<br>celder@irell.com<br>jkreutzer@irell.com |
| Michael C. Tu<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>777 S. Figueroa Street, Suite 3200<br>Los Angeles, California 90017<br><br>Michael D. Torpey<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105-2669 | *Attorneys for Defendant:*<br>**David Sambol**<br><br>Tel: 213-629-2020<br>Fax: 213-612-2499<br>mtu@orrick.com<br><br>Tel: 415-773-5700<br>Fax: 415-773-5759<br>mtorpey@orrick.com<br>pgraboysblair@orrick.com |
| Shirli Fabbri Weiss<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297<br><br>Nicolas Morgan<br>**DLA PIPER LLP (US)**<br>1999 Avenue of the Stars, Suite 400<br>Los Angeles, California 90067-6022<br><br>David Priebe<br>Jeffrey B. Coopersmith<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, California 94303-2248 | *Attorneys for Defendant:*<br>**Eric P. Sieracki**<br><br>Tel: 619-699-2700<br>Fax: 619-699-2701<br>shirli.weiss@dlapiper.com<br><br>Tel: 310-595-3000<br>Fax: 310-595-3300<br>nicolas.morgan@dlapiper.com<br><br>Tel: 650-833-2000<br>Fax: 650-833-2001<br>david.priebe@dlapiper.com<br>jeff.coopersmith@dlapiper.com |

| | |
|---|---|
| Christopher G. Caldwell<br>Andrew Esbenshade<br>David K. Willingham<br>**CALDWELL LESLIE & PROCTOR, PC**<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, California 90017-2463 | *Attorneys for Defendant:*<br>**Stanford L. Kurland**<br><br>Tel: 213-629-9040<br>Fax: 213-629-9022<br>caldwell@caldwell-leslie.com<br>esbenshade@caldwell-leslie.com<br>willingham@caldwell-leslie.com |
| Jordan Eth<br>Judson E. Lobdell<br>D. Anthony Rodriguez<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, California 94105 | *Attorneys for Defendants:*<br>**Henry Cisneros, Jeff Cunningham, Robert Donato, Ben M. Enis, Edwin Heller, Gwendolyn S. King, Martin Melone, Robert Parry, Oscar Robertson, Keith Russell, and Harley Snyder**<br><br>Tel: 415-268-7000<br>Fax: 415-268-7522<br>jeth@mofo.com<br>jlobdell@mofo.com<br>drodriguez@mofo.com |
| Eric S. Waxman<br>Peter B. Morrison<br>Virginia F. Milstead<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>300 South Grand Avenue<br>Los Angeles, California 90071-3144 | *Attorneys for Defendants:*<br>**Kathleen Brown and Michael E. Dougherty**<br><br>Tel: 213-687-5000<br>Fax: 213-687-5600<br>eric.waxman@skadden.com<br>peter.morrison@skadden.com<br>virginia.milstead@skadden.com |
| Gwyn Quillen<br>J. Warren Rissier<br>**BINGHAM MCCUTCHEN LLP**<br>The Water Garden<br>Fourth Floor, North Tower<br>1620 26th Street<br>Santa Monica, California 90404-4060<br><br>Todd E. Gordinier<br>Edward S. Kim<br>**BINGHAM MCCUTCHEN LLP**<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, California 92626-1924 | *Attorneys for Defendant:*<br>**KPMG LLP**<br><br>Tel: 310-907-1000<br>Fax: 310-907-2000<br>gwyn.quillen@bingham.com<br>warren.rissier@bingham.com<br><br>Tel: 714-830-0600<br>Fax: 714-830-0700<br>todd.gordinier@bingham.com<br>edward.kim@bingham.com |

| | |
|---|---|
| Dean J. Kitchens<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br><br>Jonathan C. Dickey<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue, 48th Floor<br>New York, New York 10166-0193 | *Attorneys for Defendants:*<br>**Banc of America Securities LLC, J.P. Morgan Securities Inc., Barclays Capital Inc., Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., Wells Fargo Securities, LLC, Commerz Markets LLC, RBS Securities Inc., Morgan Stanley & Co. Incorporated, Citigroup Global Markets Inc., Goldman, Sachs & Co., BNY Mellon Capital Markets, LLC, ABN AMRO Incorporated, BNP Paribas Securities Corp., and UBS Securities LLC**<br><br>Tel: 213-229-7000<br>Fax: 213-229-7520<br>DKitchens@gibsondunn.com<br><br>Tel: 212-351-2399<br>Fax: 212-351-6399<br>JDickey@gibsondunn.com |
| Nicole Lavallee<br>Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>**BERMAN DeVALERIO**<br>One California Street, Suite 900<br>San Francisco, CA 94111 | *Attorneys for Plaintiff:*<br>**State Treasurer Of The State Of Michigan, As Custodian of The Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System And Michigan Judges' Retirement System**<br><br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>nlavallee@bermandevalerio.com<br>jtabacco@bermandevalerio.com<br>cheffelfinger@bermandevalerio.com |