Bingham McCutchen LLP
GWYN QUILLEN (SBN 138428)
J. WARREN RISSIER (SBN 197939)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310.907.1000
Facsimile: 310.907.2000
Email: gwyn.quillen@bingham.com
warren.rissier@bingham.com

Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
EDWARD S. KIM (SBN 192856)
CRAIG A. TAGGART (SBN 239168)
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700
Email: todd.gordinier@bingham.com
edward.kim@bingham.com
craig.taggart@bingham.com

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM, MICHIGAN STATE POLICE RETIREMENT SYSTEM AND MICHIGAN JUDGES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, STANFORD L. KURLAND, KATHLEEN BROWN, | Case No. CV-11-00809 MRP (MANx)<br><br>**DEFENDANT KPMG LLP'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT**<br><br>[Memorandum of Points & Authorities, Request for Judicial Notice, and Proposed Order filed concurrently]<br><br>Date: August 8, 2011<br>Time: 11:00 a.m.<br>Courtroom: 12<br>Judge: Hon. Mariana R. Pfaelzer |

A/74133717.1

HENRY G. CISNEROS, JEFFREY M. CUNNINGHAM, ROBERT J. DONATO, MICHAEL E., DOUGHERTY, BEN M. ENIS, EDWIN HELLER, GWENDOLYN STEWART KING, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, HARLEY W. SNYDER, KPMG LLP, a Delaware LLP, BANC OF AMERICA SECURITIES LLC, a Delaware LLC, J.P. MORGAN SECURITIES INC., a Delaware corporation, COUNTRYWIDE SECURITIES CORPORATION, a California corporation, BARCLAYS CAPITAL INC., a Connecticut corporation, DEUTSCHE BANK SECURITIES INC., a Delaware corporation, HSBC SECURITIES (USA) INC., a Delaware corporation, WELLS FARGO SECURITIES, LLC, a Delaware LLC, COMMERZBANK AG, a German corporation, RBS SECURITIES INC., a Delaware corporation, MORGAN STANLEY & CO. INCORPORATED, a Delaware corporation, CITIGROUP GLOBAL MARKETS INC., a New York corporation, GOLDMAN, SACHS & CO., a Delaware corporation, BNY MELLON CAPITAL MARKETS, LLC, a Delaware LLC, ABN AMRO INCORPORATED, a New York corporation, BNP PARIBAS SECURITIES CORP., a Delaware corporation, and UBS SECURITIES LLC, a Delaware LLC.,

Defendants.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 8, 2011, at 11:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, located at 312 N. Spring Street, Los Angeles, California, 90012, Defendant KPMG LLP will and hereby does move this Court pursuant to Rules 8(a)(2), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing all claims against KPMG in the Amended Complaint, specifically Counts I, VII and X. This Motion is made on the grounds that Plaintiff's Amended Complaint fails to state a claim on which relief can be granted and fails to plead facts with particularity under Federal Rule of Civil Procedure 9(b).

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 29, 2011.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support of this Motion, KPMG's Request for Judicial Notice and exhibits thereto, Countrywide Financial Corporation's Request for Judicial Notice and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at or before the time of the hearing. KPMG also joins and adopts in their entirety the additional grounds for dismissal asserted in Countrywide Financial Corporation's motion to dismiss filed on May 6, 2011.

DATED: May 6, 2011

Respectfully submitted,

Bingham McCutchen LLP

By: /s/
J. Warren Rissier
Attorneys for Defendant KPMG LLP