IRELL & MANELLA LLP
David Siegel (101355) (dsiegel@irell.com)
Daniel P. Lefler (151253) (dlefler@irell.com)
Jacob R. Kreutzer (262243) (jkreutzer@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Defendant
Angelo Mozilo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM, MICHIGAN STATE POLICE RETIREMENT SYSTEM AND MICHIGAN JUDGES' RETIREMENT SYSTEM

Plaintiff,

vs.

COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, et al.

Defendants.

Case No. CV 11-00809 MRP (MANx)

**ANGELO MOZILO'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT**

Date: August 8, 2011
Time: 10:00 a.m.
Ctrm: 12
Judge: Hon. Mariana R. Pfaelzer

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on August 8, 2011, at 10:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, located at 312 North Spring Street, Courtroom 12, Los Angeles, California, 90012, defendant Angelo Mozilo ("Mr. Mozilo") will and hereby does move for an order dismissing all claims alleged in plaintiff's Amended Complaint ("FAC") pursuant to the Federal Rules of Civil Procedure 12(b)(6), 9(b), and 8(a)(2), and the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4(b)(1), 78u-4(b)(2), 78u-5(c)(1)(a); § 78u-5(c)(2)(a).

The grounds for this motion are that the FAC does not state a claim on which relief can be granted and fails to plead facts with the particularity required by Rule 9(b) and the PSLRA.

This motion is made based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, the Declaration of Daniel P. Lefler and exhibits thereto filed herewith, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider. Mr. Mozilo also joins in and adopts to the extent applicable the grounds for dismissal asserted in motions to dismiss filed in this Court by Countrywide Financial Corporation and Countrywide Securities Corporation.

//

//

//

//

//

//

//

Pursuant to Local Rule 7-3, counsel for Mr. Mozilo conferred telephonically with counsel for plaintiff regarding this motion on April 29, 2011. The parties were unable to reach agreement.

Dated: May 6, 2011

IRELL & MANELLA LLP
David Siegel
Daniel P. Lefler
Jacob R. Kreutzer

By: /s/ David Siegel
David Siegel
Attorneys for Defendant
Angelo Mozilo