Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Telephone: 213-426-2500
Facsimile: 213-623-1673

Brian E. Pastuszenski *(Pro Hac Vice)*
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro *(Pro Hac Vice)*
*ashapiro@goodwinprocter.com*
Mitchell D. Webber *(Pro Hac Vice)*
*mwebber@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendants* Countrywide Financial Corporation and Countrywide Securities Corporation

**Goodwin Procter LLP**
**601 South Figueroa Street, 41st Floor**
**Los Angeles, California 90017-5704**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM, MICHIGAN STATE POLICE RETIREMENT SYSTEM AND MICHIGAN JUDGES' RETIREMENT SYSTEM,

Plaintiff,

vs.

COUNTRYWIDE FINANCIAL CORPORATION, et al.

Case No. 11-CV-00809-MRP-MAN

**COUNTRYWIDE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

Date: August 8, 2011
Time: 11:00 a.m.
Courtroom: 12
Judge: Mariana R. Pfaelzer

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on August 8, 2011, at 11:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, located at 312 N. Spring Street, Courtroom 12, Los Angeles, California, 90012, defendants Countrywide Financial Corporation and Countrywide Securities Corporation (collectively, the "Countrywide Defendants") will and hereby do move for an order dismissing all claims alleged in Plaintiff's Amended Complaint (the "Amended Complaint") pursuant to Fed. R. Civ. P. 12(b)(6), 9(b), 8(a)(2), and the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4(b)(1), 78u-4(b)(2), 78u-5(c)(1)(a), 78u-5(c)(2)(a).

The grounds for this motion are that the Amended Complaint does not state a claim on which relief can be granted and fails to plead facts with the particularity required by Fed. R. Civ. P. 9(b) and the PSLRA.

This motion is made based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice in Support of the Motion to Dismiss by Countrywide Defendants, and exhibits thereto filed herewith, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this motion, and any other evidence and argument the Court may consider. The Countrywide Defendants also join in and adopt in their entirety the additional grounds for dismissal asserted in motions to dismiss filed in this Court on May 6, 2011 by the co-defendants in this action.

Pursuant to Local Rule 7-3, counsel for Countrywide conferred telephonically with counsel for Plaintiff regarding this motion on April 4 and 29, 2011. The parties were unable to reach agreement.

Dated: May 6, 2011

Respectfully submitted,

GOODWIN PROCTER LLP

By: /s/ Brian E. Pastuszenski

BRIAN E. PASTUSZENSKI
*bpastuszenski@goodwinprocter.com*
ALEXIS L. SHAPIRO
*ashapiro@goodwinprocter.com*
MITCHELL D. WEBBER
*mwebber@goodwinprocter.com*
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

LLOYD WINAWER (SBN 157823)
*lwinawer@goodwinprocter.com*
601 S. Figueroa Street
41st Floor
Los Angeles, CA 90017
Telephone: 213-426-2500
Facsimile: 213-623-1673

*Attorneys for Defendants Countrywide Financial Corporation and Countrywide Securities Corporation*