MICHAEL C. TU (State Bar No. 186793)
*mtu@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017-5855
Telephone: 213-629-2020
Facsimile: 213-612-2499

MICHAEL D. TORPEY (State Bar No. 79424)
*mtorpey@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendant David Sambol

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

STATE TREASURER OF THE STATE OF MICHIGAN,

Plaintiff,

v.

COUNTRYWIDE FINANCIAL CORPORATION, et al.,

Defendants.

Case No. 11-CV-00809 MRP (MANx)

**DEFENDANT DAVID SAMBOL'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Date: August 8, 2011
Time: 11:00 am
Judge: Hon. Mariana R. Pfaelzer
Courtroom: 12
Spring Street Courthouse

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 8, 2011 at 11:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Mariana R. Pfaelzer, United States District Judge, located at 312 North Spring Street, Los Angeles, California, Defendant David Sambol will and hereby does move for an order dismissing all claims alleged against him in Plaintiff's Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the provisions of the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), 15 U.S.C. §§ 78u-4(b)(1), 78u-4(b)(2). The grounds for this motion are that the Amended Complaint does not state a claim on which relief can be granted against Mr. Sambol, and that it fails to plead facts with the particularity required by Rule 9(b) and the Reform Act.

This motion is made based on this Notice of Motion, the Memorandum of Points and Authorities in support hereof, the Notice of Joinder and Joinder in Countrywide Financial Corporation's Motion to Dismiss, and the arguments raised in the Motions to Dismiss filed by the other Defendants to the extent they apply to Mr. Sambol, Mr. Sambol's Request for Judicial Notice and any and all other supporting documents, all of which are incorporated by reference herein, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on these motions, and any other evidence and argument the Court may consider. Pursuant to Local Rule 7-3, this motion is made following the conference of counsel on April 29, 2011.

Dated: May 6, 2011

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Michael C. Tu*
Michael C. Tu

Attorneys for Defendant David Sambol