Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Nicole Lavallee (SBN 165755)
nlavallee@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Plaintiff The Fresno County Employees' Retirement Association*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN,<br>Plaintiff,<br>vs.<br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br>Defendants. | Case No. CV11-00809-MRP (MANx)<br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE AN OMNIBUS OPPOSITION AND REPLY BRIEFS TO MOTIONS TO DISMISS**<br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Based upon the parties' Stipulation, dated June 7, 2011, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff shall file an omnibus opposition to Defendants' motions to dismiss the Amended Complaint on or before June 17, 2011; and
2. Defendants shall file any reply memoranda in support of their motions to dismiss the Amended Complaint on or before July 22, 2011.

SO ORDERED.

Dated: June 10, 2011

MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE