Lloyd Winawer (State Bar No. 157823)
*lwinawer@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017-5704
Telephone: 213-426-2500
Facsimile: 213-623-1673

Brian E. Pastuszenski (*Pro Hac Vice*)
*bpastuszenski@goodwinprocter.com*
Alexis L. Shapiro (*Pro Hac Vice*)
*ashapiro@goodwinprocter.com*
Mitchell D. Webber *(Pro Hac Vice)*
*mwebber@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: 617-570-1000
Facsimile: 617-523-1231

*Attorneys for Defendants* Countrywide Financial Corporation and Countrywide Securities Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM, MICHIGAN STATE POLICE RETIREMENT SYSTEM AND MICHIGAN JUDGES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.<br><br>Defendants. | **CASE NO. CV-11-00809-MRP (MANx)**<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND PAGE LIMITS FOR DEFENDANTS' REPLY MEMORANDA IN FURTHER SUPPORT OF MOTIONS TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Based upon the Parties' Stipulation to Extend Page Limits for Defendants' Reply Memoranda in Further Support of Their Motions to Dismiss Plaintiff's Amended Complaint, dated July 8, 2011, and good cause appearing therefore;

IT IS HEREBY ORDERED as follows:

The Countrywide Defendants shall file one consolidated reply memorandum in further support of their motion to dismiss not to exceed 50 pages.

Defendant KPMG LLP shall file an individual reply memorandum in further support of its motion to dismiss not to exceed 30 pages.

IT IS SO ORDERED

Dated: July 11, 2011

[signature]
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE