Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Nicole Lavallee (SBN 165755)
nlavallee@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Plaintiff State Treasurer of the State of Michigan, as Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System and Michigan Judges' Retirement System*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | CASE NO.: CV-11-00809-MRP (MANx)<br><br>**~~[PROPOSED]~~ ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 12<br>Judge: Mariana R. Pfaelzer |

Pursuant to the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. A case management conference shall take place before this Court on October 4, 2011 at 1:30 p.m.

2. The parties shall submit a joint case management statement to the Court no later than September 27, 2011.

SO ORDERED.

Dated: September 15, 2011

Mariana R. Pfaelzer

MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE