UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**CASE NO:** Date: November 10, 2011

| | |
|---|---|
| **LA11CV00809-MRP (MANx):** | **STATE TREASURER OF THE STATE OF MICHIGAN v. COUNTRYWIDE FINANCIAL CORPORATION ET AL.,** |
| **LA11CV00811-MRP (MANx)** | **THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |
| **LA11CV02056-MRP (MANx)** | **CHILDREN'S HOSPITAL AND MEDICAL CENTER FOUNDATION OF OMAHA, ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |

=================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

Cynthia Salyer
Courtroom Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

Not Present

ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present

**PROCEEDINGS: IN CHAMBERS**

The Court has received and reviewed the Second Joint Case Management Report filed on October 25, 2011. The dates are acceptable as submitted.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk cs
TIME:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**CASE NO:** Date: November 10, 2011

| | |
|---|---|
| **LA11CV00809-MRP (MANx):** | **STATE TREASURER OF THE STATE OF MICHIGAN v. COUNTRYWIDE FINANCIAL CORPORATION ET AL.,** |
| **LA11CV00811-MRP (MANx)** | **THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |
| **LA11CV02056-MRP (MANx)** | **CHILDREN'S HOSPITAL AND MEDICAL CENTER FOUNDATION OF OMAHA, ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |

==========================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| | |
|---|---|
| Cynthia Salyer | Not Reported |
| Courtroom Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Not Present | Not Present |

**PROCEEDINGS: IN CHAMBERS**

The Court has received and reviewed the Second Joint Case Management Report filed on October 25, 2011. The dates are acceptable as submitted.

MINUTES FORM 11 Initials of Deputy Clerk cs
CIVIL - GEN TIME:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**CASE NO:** Date: November 10, 2011

| | |
|---|---|
| **LA11CV00809-MRP (MANx):** | **STATE TREASURER OF THE STATE OF MICHIGAN v. COUNTRYWIDE FINANCIAL CORPORATION ET AL.,** |
| **LA11CV00811-MRP (MANx)** | **THE FRESNO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |
| **LA11CV02056-MRP (MANx)** | **CHILDREN'S HOSPITAL AND MEDICAL CENTER FOUNDATION OF OMAHA, ET AL., v. COUNTRYWIDE FINANCIAL CORPORATION, ET AL.,** |

===================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

Cynthia Salyer
Courtroom Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

Not Present

ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present

**PROCEEDINGS: IN CHAMBERS**

The Court has received and reviewed the Second Joint Case Management Report filed on October 25, 2011. The dates are acceptable as submitted.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk cs
TIME: