JS-6

Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Nicole Lavallee (SBN 165755)
nlavallee@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Plaintiff State Treasurer of the State of Michigan, as Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System and Michigan Judges' Retirement System*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE TREASURER OF THE STATE OF MICHIGAN, AS CUSTODIAN OF THE MICHIGAN PUBLIC SCHOOL EMPLOYEES RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM, MICHIGAN STATE POLICE RETIREMENT SYSTEM AND MICHIGAN JUDGES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 11-CV-00809-MRP-(MANx)<br><br>**~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Mariana R. Pfaelzer<br>Courtroom: 12 |

Pursuant to the Stipulation of Dismissal with Prejudice (the "Stipulation") filed September 14, 2012, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice, including all claims asserted and all parties named in the complaint filed on January 26, 2011 and the amended complaint filed on April 22, 2011. Pursuant to the Stipulation, Plaintiff expressly waives any and all rights of appeal in the above-captioned action, and each party shall bear its own costs and attorneys' fees. The Settlement Agreement and all of the terms of the settlement of this matter shall be kept confidential.

SO ORDERED.

Dated: September 21, 2012

Mariana R. Pfaelzer

Mariana R. Pfaelzer
UNITED STATES DISTRICT JUDGE